UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CALVIN LYNIOL ROBINSON,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>DAVID SHINN, Warden,<br>U.S.P. Victorville,<br><br>　　　　　　Respondents. | NO. CV 16-07529-RSWL (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　　IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment herein
3 on counsel for Petitioner and counsel for Respondents.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:    January 10, 2017        s/ RONALD S.W. LEW
                                    RONALD S. W. LEW
7                                   Senior U.S. District Judge