1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| CALVIN LYNIOL ROBINSON, | ) | NO. CV 16-07529-RSWL (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DAVID SHINN, Warden, | ) | |
| U.S.P. Victorville, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without
prejudice.

DATED:    January 10, 2017        s/ RONALD S.W. LEW
                                  RONALD S. W. LEW
                                  Senior U.S. District Judge